David Davidson, Esq. SBN 215969
ddavidson@ohaganmeyer.com
O'HAGAN MEYER LLP
3200 Park Center Drive, Suite 700
Costa Mesa, CA 92626
Telephone: (949) 942-8500
Facsimile: (949) 942-8510

Attorneys for Defendant, WALMART, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA JAREKIAN, an individual<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC. and DOES 1 through 25., *et al.,*<br><br>Defendants. | Case No. 2:23-cv-01132 RGK (DFMx)<br><br>**Assigned for all purposes to:**<br>District Judge: R. Gary Klausner<br><br>**DEFENDANT WALMART, INC'S NOTICE OF SETTLEMENT** |

**TO THE COURT AND ALL PARTIES IN THE ABOVE-ENTITLED COURT:**

   Defendant Walmart, Inc. hereby gives notice to the Court that the parties reached a settlement agreement on July 5, 2023, and settlement funds have been distributed to Plaintiff. Unfortunately, Plaintiff has failed to file a dismissal.

Dated:   December 7, 2023       O'HAGAN MEYER

                              By: _____
                                  David Davidson, Esq.
                                  Attorney for Defendant,
                                  WALMART, INC.

# CERTIFICATE OF SERVICE

*Sonia Jarekian vs. Walmart, Inc.*
USDC-Central District Case No. 2:23-cv-01132 RGK-DFMx
O'Hagan Meyer File No.: 2967-18621

I am over the age of eighteen years and not a party to the within action. I am employed by O'HAGAN MEYER LLP, whose business address is 3200 Park Center Drive, Suite 700, Costa Mesa, CA 92626.

On **December 7, 2023**, I served the within document(s) described as: **DEFENDANT WALMART, INC'S NOTICE OF SETTLEMENT** on the parties in said action as follows:

**SEE SERVICE LIST**

☒  **BY ELECTRONIC TRANSMISSION:** The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

☐  **BY ELECTRONIC MAIL:** I caused the documents to be sent to the persons at the electronic notification listed herein on this date. I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒  **(FEDERAL):** I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **December 7, 2023,** at Los Angeles, California.

*/s/ Amber Gurzenski*
Amber Gurzenski

## SERVICE LIST

| | |
|---|---|
| Arpi Galstian<br>**Yepremyan Law Firm, INC.**<br>4729 Lankership Blvd.<br>North Hollywood, CA 91602<br>Tel: (818) 574-5544<br>Direct: (818) 658-3011<br>Fax:(818) 928-3620<br>Email: arpi@vylawfirm.com | Attorneys for Plaintiff<br>Sonia Jarekian |

Derik A Sarkesians
**Ness Law Inc**
4444 West Riverside Drive, Suite 305
Burbank, CA 91505
Tel: (818) 333-5343
Fax:(818) 960-0053
Email: derik@nesslawfirm.com

Oganes Hovik Oganesyan
**Ness Law Inc**
2600 West Olive, Suite 500
Burbank, CA 91505
Tel: (818) 333-5343
Fax: (818) 960-0053
Email: hovik@nesslawfirm.com